JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BROWN, | Case No. CV 15-8924-FMO (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANTHONY BAUDINO, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 25, 2019

                      /s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE